UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JALINSKI ADVISORY GROUP, INC., | Case No.: 1:18-cv-00034-JBS-JS |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL |
| BJL WEALTH MANAGEMENT, INC., | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by, between, and among Plaintiff Jalinski Advisory Group, Inc., on the one hand, and Defendant BJL Wealth Management, Inc., on the other, that a consensual settlement has been reached as to the above-captioned matter. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all claims brought in Plaintiff's Complaint, dated January 2, 2018. The Defendant has not filed an answer as of this time.

Dated: New York, New York
June 28, 2018

**BARTON LLP**

By: _____
Maurice N. Ross, Esq.

420 Lexington Avenue, 18th Floor
New York, New York 10170
Tel.: (212) 687-6262
Fax: (2112) 687-3667

Dated: Princeton, New Jersey
June 28, 2018

**BLANK ROME LLP**

By: _____
Michael A. Iannucci, Esq.

300 Carnegie Center, Suite 220
Princeton, NJ 08540
Tel.: (609) 750-7700
Fax: (609) 750-7701

So Ordered this 28th day of June, 2018

_____
Jerome B. Simandle, U.S. District Judge